UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GREGORY F. WASHINGTON,

     Plaintiff,

v.                                                                      Case No. 3:24cv245-LC-HTC

K. SHELL, et al.,

     Defendants.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on June 7, 2024, (ECF No. 4), recommending dismissal pursuant to 28 U.S.C. § 1915(g).  Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the Report and Recommendation and conducted a *de novo* review of the timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 4) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(g), because Plaintiff is a three-striker who is barred from proceeding IFP,

has not paid the Court's filing fee upon initiating this suit, and has also failed to truthfully disclose his litigation history.

    3.      The clerk is directed to close the file.

    **DONE AND ORDERED** this 26th day of June, 2024.


                s/*L.A. Collier*
              **LACEY A. COLLIER**
              **SENIOR UNITED STATES DISTRICT JUDGE**